**George Robert Goltzer**
**Attorney At Law**
**152 West 57th Street**
**8th Floor**
**New York, NY 10019**

Ying Stafford
Associate Counsel

Tel. (2 12) 608-1260
Fax (1646) 430-8944
Cell: (917) 553-6704
grgoltzer@gmail.com

January 7, 2021

Hon, Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Via ECF

**MEMO ENDORSED**

Re: *United States v. McNeal*
13 Cr. 271 (LTS)

Dear Judge Swain:

Please accept this letter a first letter application for an order, with government consent, continuing the hearing on this alleged violation of supervised release, currently scheduled for January 21, 2021, until any date in early May, 2021 convenient to the court.

This letter is occasioned by the failure of New Jersey authorities to take any action on Ms. McNeal's arrest and charge there, an arrest and charge that forms the underlying basis for the alleged violation before Your Honor. We have no indication of when this New Jersey matter will conclude in a way that informs resolution of our proceeding.

If this application is agreeable, may I impose upon Your Honor to "so order" this letter and have it posted via ECF. Thank you for your consideration. I remain

Respectfully,
*s/GRGoltzer*
George R. Goltzer

The request is granted. The matter is adjourned to May 24, 2021, at 2:15 p.m.
SO ORDERED.
1/7/2021
/s/ Laura Taylor Swain, USDJ

cc: All parties via ECF

GRG/ms