**George Robert Goltzer**
**Attorney At Law**
**152 West 57th Street**
**8th Floor**
**New York, NY 10019**

**Ying Stafford**  Tel. (2 12) 608-1260
**Associate Counsel**  Fax (1646) 430-8944
  Cell: (917) 553-6704
  grgoltzer@gmail.com

May 3, 2021

Hon. Laura Taylor Swain
U.S. District Judge
Southern District of New York      **MEMO ENDORSED**
U.S. Courthouse
500 Pearl Street
New York, NY 10007
Via ECF

*United States V. Sabrina McNeal*
13 Cr. 371 (TS)

Dear Judge Swain:

Please accept this letter as an application, with government consent, to continue the hearing on the alleged violation of supervised release, from the currently scheduled May 24, 2021 date, to any day after Labor Day, 2021 with the exception of September 14, 2021.

This application is occasioned by New Jersey prosecutors failure to take action on Ms. McNeal's state arrest. We have no information about New Jersey's intentions or when it will act, if at all. If this application is agreeable, may we impose upon Your Honor to "so order" this letter and have Chambers publish it to ECF. Thank you for your consideration. I remain

  Respectfully,
  *s/GRGoltzer*
  George R. Goltzer

cc: All parties via ECF

  The request is granted. The matter is adjourned
  to September 16, 2021, at 2:00 p.m. DE#1110
  resolved.

  SO ORDERED.
  Dated: May 4, 2021

  /s/ Laura Taylor Swain, Chief U.S.D.J.