**George Robert Goltzer**
**Attorney At Law**
**152 West 57th Street**
**8th Floor**
**New York, NY 10019**

**Ying Stafford**                                                           Tel.  (2 12) 608-1260
**Associate Counsel**                                                    Fax (1646) 430-8944
                                                                                       Cell: (917) 553-6704
                                                                                       grgoltzer@gmail.com

May 8, 2021

Hon, Laura Taylor Swain
United States District Judge
Southern District of New York                    ## MEMO ENDORSED
500 Pearl Street
New York, NY 10007
Via ECF

Re: *United States v. McNeal*
13 Cr. 271 (LTS)

Dear Judge Swain:

    Please accept this letter as an application, on notice to the government, to modify the recently entered scheduling order, which adjourned this matter to September 16, 2021.  I just noticed that the date is Yom Kippur, the holiest day of the Jewish religion, when we do not travel or work. Since my family and I observe that tradition, may I impose upon Your Honor to briefly continue the matter to any date during the last two weeks of September.

    If this application is agreeable, may I impose upon Your Honor to "so order" this letter and have it posted via ECF. Thank you for your consideration. I remain

                                   Respectfully,
                                   *s/GRGoltzer*
                                   George R. Goltzer

cc: All parties via ECF        The request is granted.  The matter is adjourned to September 30, 2021, at 2:00 p.m.  DE#1120 resolved.

GRG/ms

                                   SO ORDERED.
                                   Dated: May 10, 2021
                                   /s/ Laura Taylor Swain, Chief U.S.D.J.