**George Robert Goltzer**
**Attorney At Law**
**152 West 57th Street**
**8th Floor**
**New York, NY 10019**

Ying Stafford
Associate Counsel

Tel. (2 12) 608-1260
Fax (1646) 430-8944
Cell: (917) 553-6704
grgoltzer@gmail.com

November 12, 2021

Hon. Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Via ECF

## MEMO ENDORSED

Re: *United States v. Sabrina McNeal*
13 Cr. 271 (LTS)

Dear Judge Swain:

Please accept this letter as an application, with government consent, to continue the proceeding on the instant VOSR, currently scheduled for November 30, 2021, to any date convenient to the Court during the first week of March, 2022. Ms. McNeal's two New Jersey cases will not be next in state court until January 25, 2022. No action has yet been taken on the state cases. The parties agree that this requested continuance is therefore necessary.

If this application is agreeable, may we impose upon Your Honor to "so order" this letter and publish it to ECF. Thank you for your consideration. I remain

Respectfully,
s/*GRGoltzer*
George R. Goltzer

cc: All parties via ECF
GRG/ms

Application granted to the extent that the violation of supervised release hearing currently scheduled for November 30, 2021, at 2:30 p.m., is adjourned to March 15, 2021, at 12:00 p.m. DE#1158 resolved.

SO ORDERED.
Dated: November 15, 2021
/s/ Laura Taylor Swain, Chief U.S.D.J.