

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 28, 2022

**BY ECF**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

# MEMO ENDORSED

Re:   *United States v. Sabrina McNeal*
         **13 Cr. 271-08 (LTS)**

Dear Judge Swain:

     A VOSR conference in the above-captioned case is currently scheduled for July 12, 2022. The specifications in this case stem from state crimes the defendant has been charged with in New Jersey state court. The next conference in state court is scheduled for July 20, 2022, and I have been informed that a plea is expected on that date. Accordingly, the parties jointly request a 45-day adjournment of the VOSR conference.

     Respectfully submitted,

     DAMIAN WILLIAMS
     United States Attorney
     Southern District of New York

by:   /s/ Rebecca T. Dell
     Rebecca T. Dell
     Assistant United States Attorney
     (212) 637-2198

cc: George Goltzer, Esq.  (By ECF)

Application granted to the extent that the violation of supervised release hearing currently scheduled for July 12, 2022, at 11:30 a.m., is adjourned to September 8, 2022, at 11:30 a.m.  DE#1186 resolved.

SO ORDERED.
Dated: June 28, 2022
/s/ Laura Taylor Swain, Chief U.S.D.J.