UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

        -v-                                                                    No. 13 crim 271 (LTS)

SABRINA McNEAL (8)

                Defendant.

-------------------------------------------------------x

## ORDER

ORDERED that pursuant to sentence of time served imposed today, the defendant Sabrina McNeal is discharged from the custody of the U.S. Marshals Service.

SO ORDERED.

Dated: New York, New York
       November 9, 2022

                                                                   LAURA TAYLOR SWAIN
                                                                   United States District Judge