UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                       No. 13-CR-271-LTS-08

SABRINA McNEAL,

      Defendant.

----------------------------------------------------------------x

<u>Unsealing Order</u>

WHEREAS, an application has been made by the United States of America for the unsealing of the November 9, 2022, transcript of the defendant's plea and sentencing hearing in connection with violations of supervised release, as the circumstances underlying the Government's and defendant's prior request for sealing and delayed docketing as to these materials no longer exist;

IT IS HEREBY ORDERED that, to the extent these materials are not already unsealed, that they be unsealed and restored to regular dockets and shall remain unsealed pending further order of the Court.

The parties are directed to submit updates to the Court every six months beginning on July 1, 2024, as to whether and to what extent continued sealing of the remainder of case documents is necessary.

     SO ORDERED.

Dated: New York, New York                 _/s/ Laura Taylor Swain
       May 8, 2024                            LAURA TAYLOR SWAIN
                                                              Chief United States District Judge